UNITED STATES of America, Plaintiff–Appellee,

v.

Motilall SUDEEN, also known as Moti Sudeen, Defendant–Appellant.

No. 06–30485

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 8, 2007.

Tania Christina Tetlow, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Michael S. Fawer, Covington, LA, for Defendant–Appellant.

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Defendant–Appellant Motilall Sudeen appeals his 120–month term of imprison-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under

ment that was imposed following his convictions for conspiracy to commit offenses against the United States, wire fraud, travel fraud, and money laundering. Sudeen contends that the district court reversibly erred by imposing a guidelines sentence without independently determining that the sentencing range was reasonable and without considering all of the sentencing factors listed in 18 U.S.C. § 3553(a).

The record reflects that the district court implicitly considered the statutory sentencing factors. *See United States v. Mares,* 402 F.3d 511, 519 (5th Cir.2005); *United States v. Smith,* 440 F.3d 704, 707 (5th Cir.2006). Sudeen has not shown that the sentence was unreasonable or that we should not defer to the district court's determinations at sentencing. *See Mares,* 402 F.3d at 519.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.